AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

WILLIE A NORMAN
*Mr.*
    Petitioner

v.   Civil Action No.   3:23cv389

SHERIFF
*St. Joseph County Jail*
    Respondent

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s),_____ recover from the Defendant(s)_____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

☒ Other: The Petition for Writ of Habeas Corpus is DENIED. The petitioner Willie A Norman is DENIED a certificate of appealability.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Chief Judge Jon E. DeGuilio on a Petition for Writ of Habeas Corpus.

DATE:   7/10/2023   CHANDA J. BERTA, CLERK OF COURT
        by   s/R. Figueroa _____
                      *Signature of Clerk or Deputy Clerk*